```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

STRIKE 3 HOLDINGS, LLC       :

                       :

    v.                       :   Civil Action No. DKC 24-2471

                       :

JOHN DOE                     :

                       :

**EX PARTE NOTICE OF IDENTITY AND CURRENT ADDRESS**

    I, (full name) _____, am identified as the Doe Defendant _____ in the above-captioned matter.  I hereby advise the Clerk of Court that my current address and telephone number are as follows:  _____ _____ _____ _____.

    Pursuant to the court's order, I understand that this information will be docketed as an *ex parte* submission so that only court personnel, and not Plaintiff, will be able to view this information.


_____          _____
Date                        Signature